**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

VINCENT LEON FILIPKOWSKI

CASE NO.: 3:24-bk-01557-JAB

　　　　Debtor (s).
_____/

**NOTICE OF FILING AMENDED SUMMARY OF SCHEDULES**
**AND SCHEDULES E/F**

**PLEASE TAKE NOTICE** that the Debtor files the attached AMENDED SUMMARY OF SCHEDULES AND SCHEDULES E/F to add the following creditors to the Chapter 7 case:

| | |
|---|---|
| 116 W. Flagler Street, LLC<br>1210 Michigan Avenue<br>Miami Beach, FL 33139 | Acct No.: Unknown<br>Balance: Unknown |
| Childers Commercial Properties<br>6034 Chester Avenue<br>Jacksonville, FL 32217 | Acct No.: Unknown<br>Balance: $20,000.00 |
| PayPal, Inc.<br>P O Box 71718<br>Philadelphia, PA 19176-1718 | Acct No.: Unknown<br>Balance: $49,084.08 |
| Enterprise Recovery, LLC<br>P O Box 481<br>Malvern, PA 19355 | Acct No.: Unknown<br>Balance: Unknown |
| TD Bank<br>c/o Akerman, LLP<br>777 S. Flager Drive<br>Suite 1100 West Tower<br>West Palm Beach, FL 33401 | Acct No.: Unknown<br>Balance: $40,000.00 |
| Goldman Sachs Bank USA<br>Lockbox 7022<br>P O Box 71022<br>Philadelphia, PA 19176-1022 | Acct No.: Unknown<br>Balance: Unknown |

[INTENTIONALLY LEFT BLANK]

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing along with an unredacted Section 341 Notice, was furnished to the above creditors and Chapter 7 Trustee; by CM/ECF filing and/or U.S. Mail, postage prepaid; this 10th day of June, 2024.

                                        Law Offices of Mickler & Mickler, LLP
                                        By:_/s/ Bryan K. Mickler_____
                                              Bryan K. Mickler
                                        Florida Bar No. 091790
                                        Attorney for the Debtor
                                        5452 Arlington Expressway
                                        Jacksonville, FL 32211
                                        (904) 725-0822 / (904) 725-0855 FAX
                                        court@planlaw.com

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Vincent** | **Leon** | **Filipkowski** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Middle District of Florida**

Case number (if known): **3:24-bk-01557-JAB**

☑ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*.................................................. **$233,985.00**
   1b. Copy line 62, Total personal property, from *Schedule A/B*...................................... **$5,605.00**
   1c. Copy line 63, Total of all property on *Schedule A/B*................................................ **$239,590.00**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... **$0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... **$0.00**
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................... **+ $301,375.08**

   **Your total liabilities** **$301,375.08**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*............................................................... **$1,000.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*....................................................................... **$1,735.00**

Debtor 1   **Vincent**   **Leon**   **Filipkowski**                                   Case number *(if known)* **3:24-bk-01557-JAB**
          First Name   Middle Name   Last Name

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**
   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.   _____

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| From Part 4 on Schedule E/F, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

**Fill in this information to identify your case:**

Debtor 1: Vincent Leon Filipkowski
  First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing)  First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Middle District of Florida

Case number (if known): 3:24-bk-01557-JAB

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _[signature]_
Vincent Leon Filipkowski, Debtor 1

Date 6/10/24
  MM/ DD/ YYYY